IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DEBORAH K. DODSON,

                                                                                                                                         PLAINTIFF

vs.                                        Civil No. 6:07-cv-6049

MICHAEL J. ASTRUE                                                                     DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 17th day of July 2008, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

      **IT IS SO ORDERED**.

                                                                                  /s/ Barry A. Bryant
                                                                                  HON. BARRY A. BRYANT
                                                                                  U. S. MAGISTRATE JUDGE